# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Gbeke M. Awala,
            Plaintiff,

    vs.                           Civil No. 05-917

U. S. Marshall - Anderson (Mr.)
              - FRAGEY (Ms.)
( DELAWARE DISTRICT).

UKNOWN 2 Marshalls
  (Philadelphia DISTRICT),

UKNOWN (2 Spanish),
1 (Black) and 1 (Black
woman), BOP staff
            members,
Federal Detention Center,
Philadelphia. (Defendants)        42 U.S.C § 1983.

```
FILED
DEC 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

# COMPLAINT FOR ABUSE.

Now I the Plaintiff, Gbeke Awala
Prose, moves, the Court for an entry of
Civil Action against the above Listed
Defendants, against Fonded abuse and
exccesive Use of Force, to seize the
Plaintiff, Gbeke Awala, cowardly, Immora

Unconstitutional, unbelieving, abominable, Pre meditated attempted Murderers, Sexually Immoral, while the Plaintiff Crying and shedding tears, they drag me like a mouse prepared to be Sluttered, tearing my flesh with handcuffs, While acting Under the Color of law, Federal Policy, Cast the Plaintiff Into the Van, after a long drag on the Floor From within Inside BOP's RND, to the Parking lot, 1th height (U.S. Marshall Anderson, Stomps and kick the Plaintiff, as tall as he his — used is knees to lean on Gbeke's left eye, on the Grand then Turn to my left ear, Pressed down In light of his weight over 270 pands. Accordingly, while the Lady Marshall Frogey, used Force by entraping the keys of chains over my feet, Piling my skin, In the presence of the other officers, Screaming Victory, while I was Under Sever Pain, I Saw Death and hades — the Unknown Black or Spanishis Looking Marshall, grab my penis Balls Tight, I Screamed, Screamed and after he let go, he asked me "are you gonna walk, I was merely passed out and then, he pulled my body from the ground with bear hand Cuffs, and the rest drag me about 4 cell blocks away, then, drag my legs band with chain

2.

I never drew punches at the floor, I displayed my questions, I was peaking out pains, my legs, my hands, ooh my Back, my head, I did not know the officers names, but I can remember all of them Face to face, there was a "Camera" their, It was unreasonable to robe me dipped in Blood, my anckle Bleeded, I showed the Supervisor at the Delaware U.S. Courthouse, and I asked him For Medical Assistance, as was Placed on the Wall, by the cell doors, he got pissed, he threatened mey that he would take me to GanderHill Corrections, and not Salem County, then I told him, I have severe chest pain, my ears hurts, my necks hurts, I cant lay down, my back is killing me, he felt no Sympathy, In a real sense he his the boss, he deceived me with food, and brought some Cold Sandwitches and a chips and drinks — I was sorrowful and Crying in the cell — before we even got to Delaware, Wilmington, I cried From Philadelph to Wilmington, Marshall Anderson Stood on my ears, I Fell ear likeage and Blocked, I have more pain writing this MOTION, Last night the Nurse told me, my high Blood pressure was up and it may mean I have some Internal Bleeding, she Insulted

3.

the doctor would see, because she recognize my pain, I was seen Ahead of all newly arrived Inmates Since I was In severe pain. She Said A week wold ease my pain.

Your Honor, ladies and Gentlemen, I know I was going back to the Court on December 21, 2005, and then I Saw a letter from this Court dated December the 19th, 2005, addressing "A MOTION ABUSE OF DISCRETION and the District Court received a letter dated December 15, 2005, the Court Stated the MOTION ABUSE...... Contrued To be A "MANDAMUS", and I reasonably belief the Court had Cancelled the Pretrial Schedule Including Other MOTIONS I had Filed Inter alia, to Suspend the Speedy Trial Act. Implication

Your Honor, as I was standing on the Plight of this Presumption, It thereby embrace outstanding Circumstances For Stating Jurisdictional Matters according to the appeals pending before Third Circuit Court. Then I Saw U.S. Marshall Anderson Passing Interest to use Force, as he bided a faint smile, I really do not deserve

4.

But the Marshalls were Cowards, all Liars, I do not understand the moment the Strange Marshall 6 or 7 feet tall, who is well known by all the Staff, and speaking "ooh we gonna do like we do" he held and displayed his hands choke me to the wall, my neck towards the wall, and then hasten to handcuff my hands, and at the same time, put leg chains on me, while I was in severe pain, I never threw no punchers nor fight back, they slamed my body on the ground Stomps and kick me on my Ribs, I woke up this morning I couldnt eat, nor sleep well, fever, pain, I couldnt even move my neck, I had to force my self to write, because, the only words I thought would halt the Abuse, was to say I will sue you all, I observe them saying outwardly in Jubilation, the response was' you are Finished, they press on my stomach, Coincidentally, Press down the forefront of my head, I focused on their faces, they were smiling, I was in pain, they yelled sue us their conduct was unreasonable, lacking attibulable Justifica they have deprived me of my 4th Amend, Sixth Amend, 8th Amend, 5th and 14th Amend gainst the applicable Provisions of Law.

5.

## (A). INJURY STATEMENT Medical Implicat

I saw the woman Nurse, whith the Structure of my wound! the doctor Marvel, he went to perdition, he told me to sue them that they have abundance of money, he avenged on my high blood pressure, my Mid Brain, Pre-frontal Cortex, Cerebellum, frontal lobe, Parietal lobe and occipital lobe is Seriously under Imminent pain, my eyes is deeming, I can not Urinate properly, my Ball movement is not proper, On the Van I Kuffed blood, or Cuffed blood, my voice is altered — I reasonably Concluded I have Injury-In-fact. See Valley forge. (3rd Cir.). The use of the Force was dihuman, causing Mental and Physical Pain.

## (B.) Consent / waiver of Sovereign Imunity.

They threw Punches on my head, I have pain, my Brain, my head is swollen, my neck is swollen, my ankles hurt, my stomach hurts, I cant eat nothg. I feel like I'm gonna die, at the Time it started in Philadelphia around 12:00pm on December 22, 2005, The Cart day was

6

Cancelled, why Should they use that excessive force, or the Intrusion, the Court was Contacting them, when they were Fataly Stomping and choking me, they had no reasonable cause to force me that way. I did not pose any danger towards them, the metals they used to effect the grip of chains on me. pilled through my felesh. I was In torment and Sorrow. They Indicated sue us...

Consent to sue:

(1). The Woman U.S. Marshall "Aagey" Consent to the Suit, she was the person who told me to sue, she voluntary gave me her name, if well spelled and Mr. Andersons name, at a brief stop at Delaware County Corrections, I asked Her if It was Policy or regulation, She plead 5th Amend, She said I'm Suing she was not gonna Say nothing.

(2). The Male (Mr. Anderson), I called him a Sons of a bitch. and why he did that, he Said "look where I'm at" he knew what he was doing was wrong, they both no it was wrong, they often Smile at each other, while I was Crying Bitterly ———— The Witness I have may Testify, he Said he heard my Cry, and in the Van he was in Sympathy with me, he was droped of At the Delaware "DOC."

the State Inmate, Was Testifying on Some two Brothers Cases named Williams housed on 6th South, under the E.D.Pa, 2005) Case, they have life or facing life sentence, Now this State Inmate. Comite G, is also doing a life sentence in State.

After this things, this Two Marshalls have Consented to the Suit, and the deliberate Indifference may be drawn from his verball Statement, saying, "Look where I'm at!" The Question and the answer was based on why treat me this way. Here, they are acting under the Color of Laws, unlike the Awala vs. DRBAPD — Police officers Hawkins, Coleman and Sgt Cook. (D. Del. 2005), their is no Saving Clause for them also — when Ms Hawkins. "said do not Complaint over the video Court", on the Stationhouse Treatment Conditions — Indicate It was a POLICY, whether official or not See. Mannell, Monroe vs papa,

8.

they continue to effect that Policy untill S A, Gonzalez arrived, the Hon Kent Jordan Cannot Construe the Case as a Vacarious or Supervisory liability, they were Individuals and they dealt with me on personal or Individual and official bases — 42 U.S.C. § 1983 is a "person" or Individual Remedy Action — Hawkins, Coleman, Sgt Cook (use Force by Feet to remove coat), dehumanizing me — U.S. Marshall Anderson, Fragney et al, are all persons, Individual treatments — having authority by direct or deligate. They can be liable.

## Waiver Of Sovergn Immunity:

The defendents, Anderson, Fragney et al have waived their Sovergn Immunity because they have a Full responsibility to protect oversea Prisoners, and I was deprived that
9.

protection, I belong to the government. Just like a breach of a fiduciary Trust is construed a waiver, therefore, they have waived[n] that Immunity and Can be liable for damages Direct and Indirect. The US Marshall is a person "within" the meaning of § 1983, he Can Claim Constructive possession of MR. Gbeke Awala, In fact his obligation was to effects his policy, and his policy whether official or not but under decisionMaking, was to Use excessive Force, deadly assault to achive Its Objecti end when I arrived in <u>Delaware</u>, the very saying by Its boss or Supervisor was my boss does not understands free and slave, you have to obey our rule.

In Awala vs DRBAP — I was Forceful Placed in a Cold Cell naked, Compel for hearing naked denied all paper or Constitutional treatment In light of Police Misconduct Police. Likewise this Case in Chief. Imunity is waived.