## (C). HOMELAND SECURITY'S Consequences.

The Judge Jordan theory, Construing the issues on Intelligent is clearly abuse of Discretion or usup of power, See: Awala vs. DRBAP- Homeland Sec...

The Court failed to consider the Two Constitutional Components that can duly and effectively destroyed the demonstration of the Court using BIVEN.

The Bivens theory is Fundamental, the Constitution is Absolute in its Form because it is not a Case-dispositive. However I will draw Inferences from (1) Procedural due process and (2) Substantive due process.

(1) Procedural Due Process: MR. Awala is arguing a Procedural defect, Intentional destroying records kept for Registration, now needed for use as Evidence, my

11.

Albright.

1 Substantive due Process or tort see Oliver ^

Case before this Court Awala vs US. or US vs Awala 0490L-KAJ. is not proper or Ordinate to proceed to trial, the Court Should or Should have recognized actual Innocence, In all the Context of Writtings addressed to this Court, In light of Totality of Circumstances, and Including the Medical Impirment or Injury Sustained at the feet of the U.S. Marshall's Agent Anderson and Fragney et al. The Wisdom and understanding of the Criminal case is Polluted with Inferences that draws my attention as the defendant and Call on the attention of this Court, as I have one way demonstrated cause and prejudice Inta alia. It is more than likely that no reasonable Juror would find him or me guilty beyond a reasonable doubt, Congress also provide for more actual Innocence exception, cases likely to result into fundermental Muscarage of Justice. Here, I am a American, and an American Citizen Should be more govern by the principles Sethforth in our Constitution guaranttying Freedom against Unusal punishment.

when a lengthy interval between the event of Birth and the Identification is not determinative if it is outweighed by other Indicia of reliability — the other Indicia of reliability that I have to show the Inaccuracy of Prior Alien file as to be considered unreliable, as been destroyed by the Homeland Security. Therefore, the Court erred not using a proper or reliable precedent. Consequently, I was deprived my Substantive due process, because of my liberty Interest.

Rule 803(10) Fed. Rule of Evi- may prove that there is no record of BIRTH, through my tender age or kindergarten in Nigeria, In the INS Report — questions about mother or elementary schools, Time attended, where "I do not no, I dont no, mother, I dont no, father dead (since chicago Incident)". My US. BIRTH Testimony outweighs any other probative or mere Inferences

# D. Relief Sought

The Court first should Consolidate the Hawkins, Coleman, Cook and the Andersons great mortally Wounded conducts acting under the authority of this Court. And I say

(1) Release me as expeditious as from the date this Court receives this motion.

(2) Comprehensive or Extensive Medical Evaluation in an outside Hospital In Delaware of my choice, by myself, For Lungs check, Abdomen and head Examination.

(3) Grant me my U.S. Citizenship Status as if I never had lost it.

(4) Suspension of those Officers

14

Without Pay and the Court must reffer them, <u>Anderson et al</u>, for Prosecution, my Case is worse than Abna Iournina (N.Y.C.)! he's was a Plunger, mine was metal and physical stomping and strucking abuse I have hypertension Symtoms as a result of this and a Special Risk of High blood pressure, to the point that it may causes my death.

(5) I want my witness doing life sentence granted Pardon, this issue is Important to the Public I would not hositate to Inform the News, media and <u>Oprah winfrey show</u>.

(6). I want a home, Cars and Office Complex ready for me in Delaware.

15.

Finally, I want Scholarship to a Reputable Law University in Delaware, Philadelphia or D.C.

<u>Monetary Damages:</u>

Compensatory           $402 Million

Punitive               $107 Million

Medical Expenses       $33 million
present and future

TOTAL Damages   $542 Million.

"Arbitration or Meditation Panel".

Wherefore, my Complaint so clearly justifies expeditious action.

Submitted under penalty of perjury.
Respectfully for God,

Dated: 12/23/05

Gbeke M. Awala
125 Cemetary Road
Woodstown, NJ

cc: U.S.D.C. Delaware
    U.S Marshall
    "Delaware".

(16-16)

CONCLUSION: FACTUAL + Legally.

The Court must find a Pro Se Complaint liberal, and Court must accept that it's true and reasonably draw any inferences that can allow the court to establish a relief.

Notwithstanding, the Court must not construe the complaint as bald or lacking legal conclusions.

Wherefore, The plaintiff reasonably believes he has stated a claim upon which a relief may be granted and having shown damages and injury in fact, the defendant's conduct are outragious, arbitrary that has preclude them from any Rule of law that can adequately shelter them from liability. It is a true saying that any person or reasonable person would assume that Prisoner's have Protection against unreasonable Invasions or Intrusion without Probable Cause, and reasonable Expectation of Privacy, against libel, slander and defamation. The defendents conduct was an open defamation of the plaintiff name AWALA causing other to Laugh or gesture. (17-17); 1G tele

*Pursuant to In Forma Pauperis 28 USC §1915.*

## All Transactions

🖨 PRINT

| Inmate Reg #:   | 82074054        | Current Institution: | Philadelphia FDC |
| Inmate Name:    | AWALA, GBEKE    | Housing Unit:        | 6 SOUTH          |
| Report Date:    | 12/07/2005      | Living Quarters:     | F03-617U         |
| Report Time:    | 9:01:13 AM      |                      |                  |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 12/5/2005 9:09:42 AM | PHL0669 | Debt Encumbrance | ($8.00) | FPHLD855 - 321 | | |
| 12/5/2005 9:09:20 AM | PHL0669 | Photo Copies | $5.80 | JV0014-V | | $16.50 |
| 12/5/2005 9:09:15 AM | PHL0669 | Photo Copies | ($5.80) | JV0014 | | $10.70 |
| 12/5/2005 9:08:51 AM | PHL0669 | Photo Copies | $1.60 | JV0014-V | | $16.50 |
| 12/5/2005 8:53:36 AM | PHL0669 | Photo Copies | ($1.60) | JV0014 | | $14.90 |
| 12/1/2005 2:07:57 AM | AMSERVICE | Debt Encumbrance - Released | $4.00 | 6PHLD712 - 280 | | |
| 12/1/2005 2:07:57 AM | AMSERVICE | Debt Encumbrance - Released | $4.00 | 6PHLD711 - 279 | | |
| 11/22/2005 2:07:18 AM | AMSERVICE | Photo Copies | ($2.20) | 6PHLD725 | | $16.50 |
| 11/22/2005 2:07:18 AM | AMSERVICE | Photo Copies | ($3.30) | 6PHLD724 | | $18.70 |
| 11/22/2005 2:07:18 AM | AMSERVICE | Photo Copies | ($4.40) | 6PHLD691 | | $22.00 |
| 11/22/2005 2:07:18 AM | AMSERVICE | Debt Encumbrance - Released | $2.20 | 6PHLD725 - 283 | | |
| 11/22/2005 2:07:18 AM | AMSERVICE | Debt Encumbrance - Released | $3.30 | 6PHLD724 - 282 | | |
| 11/22/2005 2:07:18 AM | AMSERVICE | Debt Encumbrance - Released | $3.00 | 6PHLD691 - 281 | | |
| 11/22/2005 2:07:18 AM | AMSERVICE | Debt Encumbrance - Released | $1.40 | 6PHLD691 - 66 | | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($3.50) | 6PHLD757 - 284 | | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($2.20) | 6PHLD725 - 283 | | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($3.30) | 6PHLD724 - 282 | | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($3.00) | 6PHLD691 - 281 | | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($4.00) | 6PHLD712 - 280 | | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($4.00) | 6PHLD711 - 279 | | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Lockbox - CD | $20.00 | 70145703 | | $26.40 |
| 11/7/2005 10:55:34 AM | PHL0669 | Debt Encumbrance | ($5.00) | FPHLD807 - 176 | | |
| 11/2/2005 8:49:32 AM | PHL0669 | Photo Copies | ($5.00) | JV0008 | | $6.40 |
| 11/1/2005 2:07:53 AM | AMSERVICE | PLRA Payment | $0.00 | 6PHLD711 | D119 | $11.40 |
| 11/1/2005 2:07:53 AM | AMSERVICE | Debt Encumbrance - Released | $5.00 | 6PHLD712 - 57 | | |
| 11/1/2005 2:07:53 AM | AMSERVICE | Debt Encumbrance - Released | $5.00 | 6PHLD711 - 56 | | |
| 10/25/2005 9:37:54 AM | PHL9059 | Sales | $0.00 | 40 | | $11.40 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($1.20) | 6PHLD685 | | $11.40 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($0.30) | 5PHLD674 | | $12.60 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($2.00) | 5PHLD666 | | $12.90 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($0.60) | 5PHLD661 | | $14.90 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($1.00) | 5PHLD646 | | $15.50 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($3.50) | 5PHLD542 | | $16.50 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($3.00) | 5PHLD532 | | $20.00 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($2.00) | 5PHLD497 | | $23.00 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Debt Encumbrance - Released | $1.20 | 6PHLD685 - 65 | | |
| 10/16/2005 2:07:09 AM | AMSERVICE | Debt Encumbrance - Released | $0.30 | 5PHLD674 - 64 | | |
| 10/16/2005 2:07:09 AM | AMSERVICE | Debt Encumbrance - Released | $2.00 | 5PHLD666 - 63 | | |
| 10/16/2005 2:07:09 AM | AMSERVICE | Debt Encumbrance - Released | $0.60 | 5PHLD661 - 62 | | |
| 10/16/2005 2:07:09 AM | AMSERVICE | Debt Encumbrance - Released | $1.00 | 5PHLD646 - 61 | | |
| | | Debt Encumbrance - | | 5PHLD542 - | | |

(17)

