IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GBEKE MICHAEL AWALA,                :

    Plaintiff,                      :

    V.                              :       Civ. No. 05-917-KAJ

U.S. MARSHALL ANDERSON, et al.      :

    Defendants.                     :

FILED

FEB 1 5 2006

MOTION FOR SUMMARY JUDGMENT

NOW COMES THE plaintiff Gbeke M. Awala, appearing in Pro Se. and respectfully moves the honorable court for a Summary Judgment of the above captioned matter pursuant to Fed.R.Civ.P. Rule 56(a); In support thereof the plaintiff states as follows:

(a) It appears that the defendant have been silenced and found nothing to say, and however, it is of the plaintiff opinion that for as much as the defendant knew that the only reason they stoped the alleged stomping and letting go of the plaintiff was because the officer observed form coming out of the plaintiffs mouth, therefore, the plaintiff reasonably believed that if he had been dead as a result of that assault no one and absolutely no one would issue an appology nor accept the blame, and it is obvious that the defendant are not ready to talk things over nor resolve these claims, by this inferences plaintiff moves for a Summary Judgment, because plaintiff is still under going treatment and filed with pain.

(b) Now with regards to state officials, the Eleventh Amendment bars suits on officials, however, in the case in chief the defendant have waived their Eleventh Amendment immunity because of the attack on the plaintiff, therefore, they are individually and personally responsible for the deprivation of a protected right secured by the U.S. Constitution. See BIVENS, 403 U.S. 388(1971).

WHEREFORE, plaintiff can rest on the allegations in his complaint which the Court must accept as true. see Dowling v. Commonwealth of Pennsylvania Liquor Control Board, Civ. A. No. 88-7568, 1992 WL 328840 (E.D.Pa) Oct. 27, 1992). see also Mortensen v. First Fed. Sav. and Loan Ass'n 549 F.2d 884, 891 (3d Cir.1977).

The court should grant a Summary Judgment.

Dated. 2/12/06

cc: SETH AUSA. Delaware.          1-1

Respectfully submitted,

GBEKE M AWALA Pro Se.

PHILADELPHIA
FEB
14
2006

U.S.M.S.
X-RAY

Gbeke M. Awala Pro Se
No. 82074-054
P.O. Box 562
Federal Detention Center
Philadelphia, PA 19105

Legal Mail: 2/14/06

The Honorable Kent A. Jordan
U.S. District Court
844 King Street
Wilmington, DE 19801