GBEKE M. AWALA. NO. 82074-054
FDC Philadelphia
P.O. Box 562
Philadelphia, PA 19105

March 28, 2006

Honorable Judge Jordan,
U.S. District Judge
United States District Court
for the District of Delaware
844 N. King St
Wilmington, DE 19801



Dear Judge,    I swarmed on the grand before......
Re:   Awala vs Anderson et al
           Civ No. 05-917-KAJ.
Your honor they Threw me on the grand foam at mouth. Your Honor, I should be treated imminent in accordance with the same rule that Imposed ransome when giving evidence in a lawsuit.
You have ruled without carefully taking into account the available grounds offer by me as a victim, the Court have not listened at least find Compassion, for the molesting and oppressive Conduct and ill-treatment Caused by the above defendants.
I was shackled my hands was set ablaze on metals.
I shall Certainly hear appeal the ruin of my body to strikes of Blows and Suffers to be put to death. Whether goodfaith is issued here or not some Court will hear.

"Skin pits and Ribs broken, sore foot to my head," there was/is nothing healthy. Only wounds, bruises and open sores not dressed, not bandaged, sore on my forehead and chin rash spots. My condition was devastating for a criminal trial, it was an unfair judgment.

The Cause of the <u>Civil Rights Action</u>. Your honor have makes no precedented action to prevent opinions blinding the clear-sighted facts supporting this case, now, whether the Court misunderstood the Plaintiff, which also may mean that the Imminent danger is measured at the time of the filing of my Complaint. Rather, it appears that the Court issued order that clearly mis-interpreted the law as well as the factual predicate of the case in chief, un considered.

An Agent who Inadvertently Injured my Ribs & Right Thigh. Awala, I disagree with the order of the Court entered on March 16, 2006, Wilmington, Delaware, Denied (1) Motion to reconsider (2) Summary Judgment and (3) Permission to proceed pursuant to 28 USC Sec. 1915 et seq. Thus, Loss of Blood is Imminent, and still Imminent — pauper should be granted. Cried heavily.

In so far, the Court has made error not of reasoning but of apprehension, the Court misunderstood, the place the wounds occurred, if it is not of deliberate planning to create a confusion or abducts facts. Other than to compensate the injured party for the enforced inactivity and to take care of the injured party until the care is complete, But if the Court had common knowledge, but has not kept it under control, and departed little by little into encountered and/or Confusion of a Single Case. Straying the guilt, with the majority to pervert Justice, I will show partiality, respectfully I pray.





Gbeke Michael Aneb
No. 82-074-054
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

Legal mail

Hon. Kent A. Jordan
Office of the Clerk U.S.M.S.
of the United States District X-RAY't
844 N. King St., Lockbox 18
Wilmington, Delaware 19801