IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GBEKE MICHAEL AWALA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-917-KAJ |
| | ) |
| U.S. MARSHAL ANDERSON, et al., | ) |
| | ) |
| Defendants. | ) |

# O R D E R

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on January 20, 2006, the Court entered an order denying leave to proceed *in forma pauperis* because Plaintiff had three prior suits dismissed as frivolous or for failure to state a claim upon which relief may be granted, and the instant complaint does not allege an imminent threat of physical injury (D.I. 2);

WHEREAS, Plaintiff unsuccessfully sought reconsideration of the order, and the Court ordered Plaintiff to pay the $250 filing fee within thirty (30) days from the date of its March 16, 2006 order (D.I. 5) or the case would be dismissed;

WHEREAS, rather than make payment, Plaintiff filed an amended complaint (D.I. 7);

WHEREAS, to date, payment has not been received from Plaintiff;

THEREFORE, at Wilmington this 12th day of May, 2006, IT IS

HEREBY ORDERED as follows:

1. The amended complaint (D.I. 7) is STRICKEN.

2. Plaintiff's case is DISMISSED WITHOUT PREJUDICE for failure to pay the $250.00 filing fee. Should Plaintiff pay the $250.00 filing fee, the case will be reopened.

3. Repetitive requests for relief that the Court has already determined are without merit will not be accepted for docketing.

_____
UNITED STATES DISTRICT JUDGE