OFFICE OF THE CLERK

**MARCIA M. WALDRON**                    **UNITED STATES COURT OF APPEALS**                    TELEPHONE
CLERK                                    FOR THE THIRD CIRCUIT                                  215-597-2995
                                         21400 UNITED STATES COURTHOUSE
                                         601 MARKET STREET
                                         PHILADELPHIA 19106-1790

June 7, 2006

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

                              Re:  Awala v. Anderson, et alet al
                                   D. Del. No. 05-cv-0197-KAJ

Dear Mr. Dalleo:

        Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third
Circuit Local Appellate Rules, we are forwarding the attached notice of appeal which
was filed with this office in error.  See Rule 3(a)(1), Federal Rules of Appellate
Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  **The notice was
deposited in the institutional mail on May 29, 2006 and should be docketed as of
that date.**

        This document is being forwarded solely to protect the litigant's right to appeal as
required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local
Appellate Rules.  Upon receipt of the document, kindly process it according to your
Court's normal procedures.  If your office has already received the same document,
please disregard the enclosed copy to prevent duplication.

        Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of
appeal must be filed with the Clerk of the District Court.  This Court may not act on an
appeal until the notice has been docketed in the District Court and certified to this Court
by the District Court Clerk.

        Thank you for your assistance in this matter.

                                        Very truly yours,

                                        Marcia M. Waldron, Clerk

                                        By:  /s/ Bradford A. Baldus
                                             Bradford A. Baldus,
                                             Senior Counsel to the Clerk

Enclosure
cc:  Gbeke Awala #82074-054 (w/out enclosure)

Gbeke Awala #82074-054

FDC Philadelphia
Federal Detention Center
P.O. Box 562
Philadelphia, Pa 19106