IN THE UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

GBEKE MICHAEL AWALA, :

    Plaintiff/Appellant. :

              :   Civil Appeal No.:_____

    vs. :

              :   D.Del No.: 05-917-KAJ

U.S. MARSHAL ANDERSON, et al. :

    Defendants-Appellee. :

## NOTICE OF APPEAL

AND NOW COMES the Plaintiff, Gbeke M. Awala, appearing in Pro Se and respectfully moves the Honorable Court, to enter for appeal to the above-mentioned Court, herein as the United States Court of appeals for Third Circuit from the final judgment order of the district court for the district of delaware on May 15, 2006, this appeal should be accepted for filing in this court, since it ambigous what the district court would do if the plaintiff were to file the Notice directly to the district court, nevertheless, the court is respectfully urged to accept the case for an appellate review pursuant to Title 28 U.S.C. Section 1291 et seq.

Dated. 5/__/, 2006.

                _____
                Gbeke Michael Awala
                No. 82074-054
                Federal Detention Center
                P.O. Box 562
1-1            Philadelphia, PA 19105

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GBEKE MICHAEL AWALA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-917-KAJ |
| | ) |
| U.S. MARSHAL ANDERSON, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on January 20, 2006, the Court entered an order denying leave to proceed *in forma pauperis* because Plaintiff had three prior suits dismissed as frivolous or for failure to state a claim upon which relief may be granted, and the instant complaint does not allege an imminent threat of physical injury (D.I. 2);

WHEREAS, Plaintiff unsuccessfully sought reconsideration of the order, and the Court ordered Plaintiff to pay the $250 filing fee within thirty (30) days from the date of its March 16, 2006 order (D.I. 5) or the case would be dismissed;

WHEREAS, rather than make payment, Plaintiff filed an amended complaint (D.I. 7);

WHEREAS, to date, payment has not been received from Plaintiff;

THEREFORE, at Wilmington this 15th day of May, 2006, IT IS

HEREBY ORDERED as follows:

    1.    The amended complaint (D.I. 7) is STRICKEN.

    2.    Plaintiff's case is DISMISSED WITHOUT PREJUDICE for failure to pay the $250.00 filing fee. Should Plaintiff pay the $250.00 filing fee, the case will be reopened.

    3.    Repetitive requests for relief that the Court has already determined are without merit will not be accepted for docketing.

_____
UNITED STATES DISTRICT JUDGE

Awala vs. Anderson. Civil No.05-917

Treatments.

# EXHIBIT B

```
FDC PHILADELPHIA PHARMACY    (215) 521-4000
700 ARCH STREET - PHILADELPHIA, PA  19106
  90641       T. FAUSTO              05/25/06
AWALA, GBEKE                       82074-054
FDC PHILADELPHIA HOUSING - F03-617U
TAKE ONE TABLET TWICE DAILY FOR 7
DAYS
NO REFILLS AUTHORIZED.


NAPROXEN 500 MG TAB                      #14
(0)Refills    05/25/2006    PNS    RxExp 06/02/06
     CAUTION: Federal/State law prohibits transfer of this drug
         to any person other than patient for whom prescribed.
```

GBEKE MICHAEL AWALA,
No. 82074-054
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

Legal Mail:

Charel Graham
Office of the Clerk
United States Court of Appeals
For the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

RECEIVED
MAY 31 2006
U.S.C.A. 3rd. CIR.

U.S.M.S. X-RAY
U.S.M.S. X-RAY

THE ENCLOSED LETTER WAS PROCESSED THROUGH
A MAILING PROCEDURES FOR FORWARDING TO
YOU. THE LETTER HAS BEEN NEITHER OPENED NOR
INSPECTED. IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS JURIS-
DICTION, YOU MAY WISH TO RETURN THE MATERIAL
FOR FURTHER INFORMATION OR CLARIFICATION. IF
THE WRITER ENCLOSES CORRESPONDENCE FOR...

DATE
PHILADELPHIA DETENTION CENTER
P.O. BOX 562
PHILA, PA 19105
5/29/06