UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-3021

Awala

vs.

Anderson, et al.

Gbeke Michael Awala, Appellant

(Delaware District Civil No. 05-cv-00917)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A True Copy:

Marcia M. Waldron
Marcia M. Waldron, Clerk

For the Court,

Marcia M. Waldron

Clerk

Date: July 26, 2006

CC:
    Gbeke Michael Awala
    Seth M. Beausang, Esq.